## SECOND DEPARTMENT, FEBRUARY, 1935.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BENJAMIN L. KAPLAN, an Attorney and Counselor at Law.— Proceeding dismissed. Unless the respondent is more attentive to his financial obligations to his clients and ceases to commingle outside business with those obligations, he will soon find himself facing serious disciplinary charges.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

DORA LEVINE, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In view of the decision in Levine v. Title Guarantee & Trust Co. (post, p. 711), decided herewith, the motion for a stay is dismissed.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNA PIERDILUCA, Respondent, v. JOSEPH PALMUCCI, Appellant.— In view of the decision in Pierdiluca v. Palmucci (post, p. 713), decided herewith, the motion for a stay is dismissed.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

NATHAN W. BELMUTH, Appellant, v. FERDINAND L. SALOMON and LEONARD J. MARQUIS, Copartners Doing Business under the Firm Name and Style of F. L. SALOMON & Co., Respondents.— Action by a customer against defendants, a firm of stockbrokers, for an alleged conversion arising from the sale, for lack of collateral security, of the securities listed on the customer's margin account. Counterclaim by defendants for the amount alleged to be due on the account after the sale.   Judgment for defendants on their counterclaim, dismissing plaintiff's complaint on the merits.   Judgment unanimously affirmed, with costs.   No opinion.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

TOBA BLOOM, Respondent, v. GERTRUDE HOLDING CORPORATION and Others, Defendants, Impleaded with LILLIAN C. HOUGHTON and Others, Appellants.— Action for the foreclosure of a second mortgage on certain real property.   A defense based on the claim that the plaintiff and defendant predecessor were negligent and estopped to assert that a certain release was a forgery held insufficient in law and in fact.   Judgment unanimously affirmed, with costs.   (Hulburt v. Walker, 258 N. Y. 8; Rothschild v. Title Guarantee & Trust Co., 204 id. 458.)   Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THE BROOKLYN SAVINGS BANK, Appellant, v. ANN-GOLD REALTY CORPORATION, Respondent.   MORTIMER STEINFELS, Receiver, Appellant.— Order denying motion of the plaintiff and of the receiver, in an action to foreclose a mortgage, to compel the return of certain fixtures and personal property alleged to be covered by plaintiff's mortgage, affirmed, with ten dollars costs and disbursements, without prejudice to the right of the parties to raise the questions involved in this appeal by pleading the same in the present foreclosure action or in an independent action brought by the plaintiff or the receiver for that purpose.   These questions cannot be determined upon a summary motion of this character, but must be raised in an action.   Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.